# Attachment B – Certification of Emergency

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 16-14464-CIV ROSENBERG/LYNCH
(Judge's Last Name/Magistrate's Last Name)

Richard Leslie Lloyd / Plaintiff(s)
(Full Name of Plaintiff/s)

v.

Hospital Corporation Of America /Defendant(s)
(Full Name of Defendant/s)

FILED by D.C.
OCT 25 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**CERTIFICATION OF EMERGENCY**

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.

I further certify that the necessity for this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have not been submitted to the Judge assigned to this case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this 25TH day of October, 2016 A.D.

Signature: Richard Leslie Lloyd

Printed Name: Richard Leslie Lloyd

Florida Bar Number: MySelf-InFormaPauperis-R.L.L.

message-772-380-3417(24/7)

Telephone Number: MoBIL CAR 772-321-1918

==========================================================================

**FOR CLERK'S OFFICE USE ONLY**

I hereby certify that the Judge assigned to this case is unavailable for this emergency. (A copy of notification to the Clerk is on file). In accordance with the Court's Internal Operating Procedures, the matter has been assigned to the Honorable ________________________ through a blind random assignment process. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

[If Applicable] I hereby certify that the above Judge randomly assigned to this emergency is unavailable. (A copy of notification to the Clerk is on file). Therefore, in accordance with the Court's Internal Operating Procedures, the Honorable ____________________________ has subsequently been assigned to the matter through a blind random assignment procedure. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

Dated this _______ day of ________, 20____.

STEVEN M. LARIMORE
Court Administrator · Clerk of Court
By: ______________________________, Deputy Clerk