**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:16-CV-14464-ROSENBERG**

RICHARD LESLIE LLOYD,

Plaintiff,

v.

HOSPITAL CORPORATION
OF AMERICA,

Defendant.
_________________________/

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On October 25, 2016, *pro se* Plaintiff Richard Lloyd filed a Complaint [DE 1] against Defendant Hospital Corporation of America. Plaintiff also filed a Motion to Proceed *In Forma Pauperis* [DE 7]. As Plaintiff is a *pro se* litigant and has not paid the required filing fee, 28 U.S.C. § 1915(e) applies to his case. Under that provision, the Court is required to "dismiss the case at any time if the court determines that . . . (B) the action or appeal—(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2). Upon initial review of the instant case, the Court finds that the Complaint fails to state a claim which invokes the federal jurisdiction of this Court. Although Plaintiff references employment discrimination on page 3 of the Complaint, the factual allegations in the Complaint are limited to Plaintiff's desire to be refunded a sum of money pertaining to a pacemaker. That claim does not invoke federal subject matter jurisdiction.

Accordingly, it is therefore

**ORDERED AND ADJUDGED** that Plaintiff's Complaint [DE 1] is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's Motion for Leave to Proceed *in Forma Pauper* is [DE 7] is **DENIED AS MOOT**. The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 26th day of October, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record